# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | : | Case No:  15-51437 |
| Debra M Morgan | | |
| | : | Chapter 13 |
| | : | Judge:     C KATHRYN PRESTON |

## NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the Registry Fund.

Dated: March 24, 2016            /s/ Frank M. Pees
                                 _____
                                 Frank M. Pees
                                 Chapter 13 Trustee

| **Name and Address** | **Amount** |
|---|---|
| Debra M Morgan<br>1924 Euclid Ave<br>Zanesville, OH  43701 | 3,378.34 |